TARTT *v.* R. L. RIVERS SHEET METAL & ROOFING CO.

No. 41199        February 16, 1959        108 So. 2d 844

*Granville Jones,* Meridian, for appellant.

*Snow, Covington & Shows,* Meridian, for appellee.

LEE, J.

Appellee's motion to docket and dismiss the appeal in this cause is sustained on the authority of Section 1617, Code of 1942 Rec., and Gardner v. Bookout, 200 Miss. 158, 26 So. 2d 343.

Motion sustained.

*McGehee, C. J.,* and *Hall, Kyle,* and *Holmes, JJ.,* concur.